UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. ENCINAS,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL,[1] Commissioner of Social Security,<br><br>        Defendant. | No. 1:19-cv-00470-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE PROOF OF SERVICE**<br><br>**(Docs. 4 and 5)** |

    Plaintiff Julio C. Encinas ("Plaintiff"), proceeding *pro se*, seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for supplemental security income pursuant to Title XVI of the Social Security Act. On May 28, 2019, the Court issued a scheduling order and a summons to be served on Defendant. Docs. 4 and 5. The scheduling order included a four-page set of instructions for serving process on the Defendant. To date Plaintiff has neither returned the summons and related documents to the Clerk's office for service by the U.S. Marshal Service, nor filed proof of service of the summons on Defendant by other means.

---

[1] Commissioner of Social Security Andrew Saul is substituted as Defendant pursuant to Fed. R. Civ. P. 25(d). *See also* Section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Plaintiff's suit cannot proceed until Defendant has been served with legal process advising him of the suit against the Social Security Administration. Accordingly, Plaintiff is hereby DIRECTED to return the summons and related documents to the Clerk's office for service by the U.S. Marshal Service, Or, file proof of service of the confidential letter brief within ten (10) days of this order. In the event that Plaintiff fails to return the completed summons for service, or to file proof of service within ten (10) days, the Court may dismiss this case for failure to prosecute or impose other sanctions. The Clerk of Court is directed to mail a copy of this order and copies of Documents 4 and 5 to Plaintiff Julio C. Encinas, 339 Rodriguez Avenue, Shafter, California 93263.

IT IS SO ORDERED.

Dated: **July 18, 2019**            /s/ Gary S. Austin
                                                                UNITED STATES MAGISTRATE JUDGE