1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **EASTERN DISTRICT OF CALIFORNIA**
9
10 JULIO C. ENCINAS,                                    **No. 1:19-cv-00470-LJO-GSA**
11
                     Plaintiff,
12                                                       **ORDER DISREGARDING**
        v.                                               **FINDINGS AND RECOMMENDATIONS**
13
14 ANDREW SAUL, Commissioner of Social
   Security,
15                                                       **Doc. 8**
16                   Defendant.
17
18
       Plaintiff Julio C. Encinas ("Plaintiff") seeks judicial review of a final decision of the
19
   Commissioner of Social Security ("Commissioner") denying his application for supplemental
20
   security income pursuant to Title XVI of the Social Security Act.  Doc. 1.  On May 28, 2019, the
21
   Court granted Plaintiff's motion to proceed *in forma pauperis* and issued a scheduling order and
22
   summons to be completed and returned for service within twenty (20) days.  Docs. 3, 4, and 5.
23
   Although the scheduling order included detailed instructions for preparation and return of the
24
   summons for service by the U.S. Marshall (Doc. 5-3), Plaintiff did not return the summons and
25
   associated documents to the Clerk of Court for service by the U.S. Marshal nor take any other
26
   action to serve the Commissioner with the complaint.  Accordingly, on July 18, 2019, the
27
   magistrate judge entered an order directing Plaintiff either to return the documents for service or
28

file proof of service within ten (10) days.  Doc. 6.  Plaintiff did not respond to the July 18, 2019 order in any way.

Accordingly, on August 12, 2019, the magistrate judge issued findings and a recommendation that the Court dismiss the case for failure to prosecute, which permitted Plaintiff to file objections within fourteen (14) days.  Doc. 8.  On August 21, 2019, Plaintiff filed a substitution of attorney motion, have retained the services of counsel.  Doc. 9.  On August 22, 2019, Plaintiff filed objections to the findings and recommendations.  Doc. 10.

In accordance with 28 U.S.C. §636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that in light of the Plaintiff's good faith intention to prosecute the case going forward and his retention of counsel to assist him in this matter, dismissal for failure to prosecute is no longer justified.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations dated August 12, 2019 (Doc. 8), shall be disregarded in full.  The Court hereby DIRECTS Plaintiff to return summons and related documents for service by the U.S. Marshal OR file proof of service, within ten (10) days of this order.

IT IS SO ORDERED.

Dated:   __**August 23, 2019**__          _____**/s/ Lawrence J. O'Neill**_____
                                                    UNITED STATES CHIEF DISTRICT JUDGE