JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. ENCINAS,<br><br>         Plaintiff,<br><br>   vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>         Defendant. | Case No. 1:19-cv-00470<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 11, 2020 to June 10, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S COINFIDENTIAL LETTER BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration.  Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

///

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 8, 2020 | PENA & BROMBERG, ATTORNEYS AT LAW |
|  | By: */s/ Jonathan Omar Pena*<br>JONATHAN OMAR PENA<br>Attorneys for Plaintiff |
| Dated: May 8, 2020 | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
|  | By:  **/s/ Chantal Jenkins*<br>Chantal Jenkins<br>Special Assistant United States Attorney<br>Attorneys for Defendant<br>(*As authorized by email on May 8, 2020) |

IT IS SO ORDERED.

Dated:  **May 8, 2020**              /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE