JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ENCINAS, | Case No. 1:19-cv-00470-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 6/10/2020 to 7/10/2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Good cause exists for this request.  The week of 05/24/2020, Plaintiff's Counsel had 14 administrative hearings, 1 reply brief, 1 merits brief and 2 opening briefs due. The week of 05/31/2020, Plaintiff's Counsel had 23 administrative hearings, 1 hearing preparation appointment with claimant, 1 reply brief, 1 motion for summary judgment and 4 opening briefs.  The week of 6/1/2020, Counsel has 21 administrative hearings.  Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

Additionally, due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations

for Social Distancing, Plaintiff's Counsel is operating with very limited staff.  The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support.

      Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                            Respectfully submitted,

Dated: June 8, 2020         PENA & BROMBERG, ATTORNEYS AT LAW

                            By: */s/ Jonathan Omar Pena*
                                JONATHAN OMAR PENA
                                Attorneys for Plaintiff

Dated: June 8, 2020         MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                            By:  *\*/s/ Chantal Jenkins*
                                Chantal Jenkins
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                (*As authorized by email on June 8, 2020)

      Due to the age of this case, no further extensions for filing of the Confidential Letter Brief shall be ordered.

IT IS SO ORDERED.

   Dated:  **June 9, 2020**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE