McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8931
     Facsimile: (415) 744-0134
     E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JULIO C. ENCINAS,<br><br>        Plaintiff,<br><br>    vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | 1:19-cv-00470-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 14-day extension of time from October 5, 2020 to October 19, 2020 to respond to Plaintiff's motion for summary judgment. This is Defendant's first request. Defendant's counsel needs additional time to review the record and draft the responsive brief because she had to complete several briefs and participate in an oral argument in this past month. Defendant's counsel understands that this case has already been extended and apologizes to the Court for this additional delay.

This request is made in good faith with no intention to unduly delay the proceedings.

1       The parties further stipulate that the Court's Scheduling Order shall be modified

2  accordingly.

3

4                             Respectfully submitted,

5  Dated:  October 2, 2020            */s/ Jonathan O. Pena by Chantal R. Jenkins\**

6                             *As authorized *via* email on October 2, 2020

7                             Jonathan O. Pena, Esq.
                                    Attorney for Plaintiff

8

9  Dated:  October 2, 2020            McGREGOR W. SCOTT

10                             United States Attorney
                                    DEBORAH LEE STACHEL

11                             Regional Chief Counsel, Region IX
                                    Social Security Administration

12

13                      By:     */s/ Chantal R. Jenkins*

14                             CHANTAL R. JENKINS
                             Special Assistant United States Attorney

15

16

17  IT IS SO ORDERED.

18    Dated:  __**October 2, 2020**__         __**/s/ Gary S. Austin**__

19                           UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28